# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| ERIC C. GRAY,    Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,    Defendant. | ) **JUDGMENT** ) **CASE NO. 2:13-CV-17-D** ) ) |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further action.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 12, 2013,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF electronic notification)
Marc D. Epstein  (via CM/ECF electronic notification)

| | |
|---|---|
| September 12, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |